## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Alexandros A Mountis <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-16802 MDC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Ditech Financial LLC, and index same on the master mailing list.

Re: Loan # Ending In: 0340

                                             Respectfully submitted,

                                             **/s/Thomas I. Puleo, Esquire**
                                             Thomas I. Puleo, Esquire
                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106-1532
                                             (215) 825-6309  FAX (215) 825-6409