CLYMER CONRAD PC
David W. Mersky
Attorney I.D. No. 68895
408 West Chestnut Street
Lancaster, PA 17603
717.299.7101
Attorneys for Debtor

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | Chapter 13 |
|  | Voluntary Petition |
| ALEXANDROS A. MOUNTIS, | Case No. 16-16802-mdc |
| Debtor | |

### NOTICE OF CONVERSION TO CHAPTER 7 CASE

Pursuant to 11 U.S.C. § 1307(a), Debtor, Alexandros A. Mountis, hereby converts the above-captioned case to a case under chapter 7.

CLYMER CONRAD PC

By: _/s/ David W. Mersky_
　　　David W. Mersky