United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-16802-mdc
Alexandros A. Mountis                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 2              Date Rcvd: Dec 27, 2016
                              Form ID: 210U             Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2016.
```
db           +Alexandros A. Mountis,    365 Copely Drive,    Lancaster, PA 17601-2975
13804078     +Allan C Smith PC,    1276 Veterans Highway,    Suite E-1,    Bristol, PA 19007-2597
13804080    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX 79998)
13804083     +BB&T Co,   1570 Manheim Pike,    Lancaster, PA 17601-3038
13804081     +Barley Snyder LLP,    126 East King Street,    Lancaster, PA 17602-2893
13804082     +Bay First Bank,    14 South Main Street,    North East, MD 21901-3910
13804084     +Brunaker Connaughton Goss & Lucarelli,    480 New Holland Avenue,     Suite 6205,
               Lancaster, PA 17602-2227
13804086     +Cecil Bank,    127 North Street,    PO Box 469,    Elkton, MD 21922-0469
13804087     +Citizens Bank of PA,    443 Jefferson Street,    Warwick, RI 02886-1321
13804088      Commenity Bank,    PO Box 182782,    Columbus, OH 43218-2782
13804090     +Ditech Financial LLC,    3000 Bayport Drive,    Suite 880,    Tampa, FL 33607-8409
13804091     +Drayer Physical Therapy,    5300 Derry Street,    2nd Floor,    Harrisburg, PA 17111-3576
13804092     +GE Captail Retail Bank,    213 East Main Street,    Carnegie, PA 15106-2701
13804094     +Kaplin Stewart PC,    910 Harvest Drive,    PO Box 3037,    Blue Bell, PA 19422-0765
13804100     +LCTCB,    150 North Queen Street,    Suite 310,    Lancaster, PA 17603-1805
13804096     +Lancaster Emergency Assoc.,    8 Oak Park Drive,    Bedford, MA 01730-1414
13804097     +Lancaster General Health,    PO Box 824809,    Philadelphia, PA 19181-0001
13804098     +Lancaster Orthopedic Group,    231 Granite Run Drive,    Lancaster, PA 17601-6816
13804101     +MRI Group,    PO Box 3088,    Lancaster, PA 17604-3088
13804102    #+Patenaude & Felix APC,    213 East Main Street,    Carnegie, PA 15106-2701
13804103     +Phelan Hallinan Diamond & Jones LLP,    1617 JFK Boulevard,     Suite1400,
               Philadelphia, PA 19103-1821
13804104     +The Lamm Group,    1608 Walnut Street,    Suite 703,    Philadelphia, PA 19103-5447
13819680     +Thomas I. Puleo Esquire,    Ditech Financial LLC,    KML Law Group P.C.,
               701 Market Street ste 5000,    Philadelphia Pa 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Dec 28 2016 03:57:50      City of Philadelphia,
               City of Philadelphia Law Dept.,     Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 28 2016 03:57:40
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 28 2016 03:57:45     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,     Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/PDF: gecsedi@recoverycorp.com Dec 28 2016 02:57:11      Synchrony Bank,
               c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
13804079      E-mail/Text: ally@ebn.phinsolutions.com Dec 28 2016 03:57:32      Ally Financial,
               PO Box 380901,    Bloomington, MN 55438-0901
13838660      E-mail/Text: bankruptcy@bbandt.com Dec 28 2016 03:57:33      BB&T,
               Bankruptcy Section 100-50-01-51,    P.O. Box 1847,    Wilson, NC  27894-1847
13804085     +E-mail/Text: ebn@squaretwofinancial.com Dec 28 2016 03:57:45      CACH LLC,
               4340 South Monaco Street,    Second Floor,    Denver, CO 80237-3581
13804089     +E-mail/Text: creditonebknotifications@resurgent.com Dec 28 2016 03:57:33      Credit One Bank,
               PO Box 98873,    Las Vegas, NV 89193-8873
13804099     +E-mail/Text: kspon@lasa.org Dec 28 2016 03:57:35      LASA,   130 Centerville Road,
               Lancaster, PA 17603-4087
13802963      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 28 2016 02:56:17
               LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13817828      E-mail/Text: bnc-quantum@quantum3group.com Dec 28 2016 03:57:35
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13799008      E-mail/PDF: rmscedi@recoverycorp.com Dec 28 2016 02:56:17
               Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13804093     ##+Gingrich Smith Klingensmith & Dolan,    45 East Orange Street,    Lancaster, PA 17602-5124
13804095     ##+Lamm Rubenstone LLC,   3600 Horizon Boulevard,    Suite 200,
               Feasterville Trevose, PA 19053-4949
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: DonnaR               Page 2 of 2              Date Rcvd: Dec 27, 2016
                              Form ID: 210U              Total Noticed: 35
```

          ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2016 at the address(es) listed below:
              DAVID W. MERSKY    on behalf of Debtor Alexandros A. Mountis ecfmailbr@clymerlaw.com
              THOMAS I. PULEO    on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                           TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Alexandros A. Mountis                                        Case No: 16−16802−mdc

    Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

                                                                                            For The Court

Dated: 12/27/16                                                             Timothy B. McGrath
                                                                                        Clerk of Court

22
Form 210U