Certificate Number: 06531-PAE-DE-028757279

Bankruptcy Case Number: 16-16802



06531-PAE-DE-028757279

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 13, 2017, at 3:58 o'clock PM CST, Alexandros A Mountis completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 13, 2017            By:    /s/Stephanie Kjetland

                                    Name:  Stephanie Kjetland

                                    Title: Credit Counselor