**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | |
| | Chapter 7 |
| Alexandros A. Mountis, | Case No. 16-16802 mdc |
|    Debtor | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Debtor has filed an Amended Motion to avoid the judicial liens of First National Bank of North East, now known as Bay First Bank, a division of BLC Bank NA, Citizens Bank of PA and Cecil Bank, CACH LLC.

**Your rights may be affected.    You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.    (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your view on the objection, then on or before ten (10) days prior to the hearing date set forth below, you or your attorney must do **ALL** of the following:

    (a)    File an answer explaining your position at:

    > Clerk, United States Bankruptcy Court
    > Robert N.C. Nix Federal Building and Courthouse
    > 900 Market Street, Suite 400
    > Philadelphia, PA 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    Mail a copy to the Movant's attorney and the Trustee:

    MERSKY LAW GROUP                         Christine M. Shubert, Trustee
    David W. Mersky, Esquire                 10 Teaberry Drive
    2938 Columbia Ave, Suite 1402            Medford, NJ 08055
    Lancaster, PA 17603                      Phone: 856.983.7735
    Phone: 717.299.2950
    Facsimile: 717.406.1950

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the Amended Motion is scheduled to be held before the Honorable Magdeline D. Coleman on Tuesday, June 6, 2017, at 10:30 o'clock a.m., in Courtroom No. 2, United States Bankruptcy Court, Robert N.C. Nix Federal Building and Courthouse, 900 Market Street, Suite 400, Philadelphia, PA.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: May 1, 2017