**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | |
| | Chapter 7 |
| Alexandros A. Mountis, | Case No. 16-16802 mdc |
| Debtor | |

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of Debtor's Amended Motion to Avoid Judicial Liens of First National Bank of North East, now known as Bay First Bank, a division of BLC Bank, NA, Citizens Bank of PA, Cecil Bank and CACH LLC, together with Notice thereof were served via ECF and by mailing, first class mail, postage prepaid upon the following on May 1, 2017:

| | |
|---|---|
| First National Bank of North East<br>David W. Prevost, VP/Special Assets<br>14 South Main Street<br>North East, MD 21901 | Thomas G. Klingensmith, Esquire<br>Counsel for First National Bank of North East<br>45 East Orange Street<br>Lancaster, PA 17602 |
| Citizens Bank of PA<br>Brenda Moores, Assistant VP<br>52 State Street<br>Boston, MA 02109 | Lyndsay E. Rowland, Esquire<br>Counsel for Citizens Bank of PA<br>1608 Walnut St., Suite 703<br>Philadelphia, PA 19103 |
| Cecil Bank<br>Tina Pennell, Collection Manager<br>127 North St, PO Box 469<br>Elkton, MD 21922-0469 | William J. Levant, Esquire<br>Counsel for Cecil Bank<br>910 Harvest Drive, PO Box 3037<br>Blue Bell, PA 19422 |
| CACH LLC<br>Angelica Martinez, Collection Agent<br>4340 South Monaco St, 2nd Floor<br>Denver, CO 80237 | Allan C. Smith, Esquire<br>Counsel for CACH LLC<br>1276 Veterans Highway, Suite E-1<br>Bristol, PA 19007 |

MERSKY LAW GROUP

By: _/s/ David W. Mersky_
David W. Mersky
Attorney I.D. No. 68895
2938 Columbia Ave, Suite 1402
Lancaster, PA 17603
P: 717.299.2950