**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                              |
                                                    |    Chapter 7
Alexandros A. Mountis,                              |    Case No. 16-16802 mdc
   Debtor                             |


## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Debtor has filed a Motion to avoid the judicial liens of Citizens Bank of PA, Cecil Bank, CACH LLC.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your view on the objection, then on or before ten (10) days prior to the hearing date set forth below, you or your attorney must do **ALL** of the following:

   (a) File an answer explaining your position at:

   > Clerk, United States Bankruptcy Court
   > Robert N.C. Nix Federal Building and Courthouse
   > 900 Market Street, Suite 400
   > Philadelphia, PA 19107

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) Mail a copy to the Movant's attorney and the Trustee:

   MERSKY LAW GROUP                 Christine M. Shubert, Trustee
   David W. Mersky, Esquire         10 Teaberry Drive
   2938 Columbia Ave, Suite 1402    Medford, NJ 08055
   Lancaster, PA 17603              Phone: 856.983.7735
   Phone: 717.299.2950
   Facsimile: 717.406.1950

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the Amended Motion is scheduled to be held before the Honorable Magdeline D. Coleman on Tuesday, July 11, 2017, at 10:30 o'clock a.m., in Courtroom No. 2, United States Bankruptcy Court, Robert N.C. Nix Federal Building and Courthouse, 900 Market Street, Suite 400, Philadelphia, PA.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: June 17, 2017