MERSKY LAW GROUP
David W. Mersky, Esquire
Attorney I.D. No. 68895
2938 Columbia Ave, Suite 1402
Lancaster, PA 17603
717.299.2950
Attorneys for Debtor

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | |
| | Chapter 7 |
| ALEXANDROS A. MOUNTIS, | Voluntary Petition |
| Debtor | Case No. 16-16802 mdc |

### CERTIFICATION OF NO RESPONSE

I hereby certify that as of this 10th day of July, 2017, no answer or other response was received from the Trustee, the U.S. Trustee, Citizens Bank of PA and its attorney of record, Cecil Bank and its attorney of record, CACH LLC and its attorney of record, or any party in interest to Debtor's Motion to Avoid Judicial Liens, which Motion, together with the Notice of Motion and Response Deadline, were filed June 17, 2017, and Notice thereof served upon the Trustee, the U.S. Trustee, Citizens Bank of PA and its attorney of record, Cecil Bank and its attorney of record, CACH LLC and its attorney of record, and the Debtor via ECF and/or mailing, first class mail, postage prepaid, on June 19, 2017. Applicant hereby requests that the relief requested in the Amended Motion therefore be granted.

MERSKY LAW GROUP

By: ___/s/ David W. Mersky___
      David W. Mersky