### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | |
| | Chapter 7 |
| Alexandros A. Mountis, | Case No. 16-16802 mdc |
|     Debtor | |

### O R D E R

And Now, this _____ day of _____, 2017, upon the request and the Motion of Debtor to avoid certain judicial liens, it is hereby ORDERED that the Motion is GRANTED.

The following judicial liens encumbering the real estate known as 365 Copley Drive, Lancaster, Manheim Township, Lancaster County, Pennsylvania, are hereby avoided and canceled pursuant to 11 U.S.C. §522(f)(2):

(1) Citizens Bank of PA
    Lanc. Co. Docket No. 09-01308;

(2) Cecil Bank of PA
    Lanc. Co. Docket No. 13-01703;

(3) Citizens Bank of PA
    Lanc. Co. Docket No. 14-05140; and

(4) CACH LLC
    Lanc. Co. Docket No. 14-11057.

BY THE COURT:

_____
Magdeline D. Coleman
*United States Bankruptcy Judge*