IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Alexandros A. Mountis,
    Debtor

Chapter 7
Case No. 16-16802 mdc

ORDER

And Now, this _17th_ day of _July_, 2017, upon the request and the Motion of Debtor to avoid certain judicial liens, it is hereby ORDERED that the Motion is GRANTED.

The following judicial liens encumbering the real estate known as 365 Copley Drive, Lancaster, Manheim Township, Lancaster County, Pennsylvania, are hereby avoided and canceled pursuant to 11 U.S.C. §522(f)(2):

(1) Citizens Bank of PA
    Lanc. Co. Docket No. 09-01308;

(2) Cecil Bank of PA
    Lanc. Co. Docket No. 13-01703;

(3) Citizens Bank of PA
    Lanc. Co. Docket No. 14-05140; and

(4) CACH LLC
    Lanc. Co. Docket No. 14-11057.

BY THE COURT:

_Magdeline D. C_____
Magdeline D. Coleman
*United States Bankruptcy Judge*