United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Alexandros A. Mountis  
      Debtor

Case No. 16-16802-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: DonnaR      Page 1 of 1      Date Rcvd: Jul 19, 2017  
                          Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2017.  
db        +Alexandros A. Mountis,   365 Copely Drive,   Lancaster, PA 17601-2975

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2017 at the address(es) listed below:  
      CHRISTINE C. SHUBERT   christine.shubert@comcast.net, J100@ecfcbis.com  
      DAVID W. MERSKY   on behalf of Debtor Alexandros A. Mountis law@merskylawgroup.com  
      THOMAS I. PULEO   on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Alexandros A. Mountis,
    Debtor

Chapter 7
Case No. 16-16802 mdc

## ORDER

And Now, this 17th day of July, 2017, upon the request and the Motion of Debtor to avoid certain judicial liens, it is hereby ORDERED that the Motion is GRANTED.

The following judicial liens encumbering the real estate known as 365 Copley Drive, Lancaster, Manheim Township, Lancaster County, Pennsylvania, are hereby avoided and canceled pursuant to 11 U.S.C. §522(f)(2):

(1) Citizens Bank of PA
    Lanc. Co. Docket No. 09-01308;

(2) Cecil Bank of PA
    Lanc. Co. Docket No. 13-01703;

(3) Citizens Bank of PA
    Lanc. Co. Docket No. 14-05140; and

(4) CACH LLC
    Lanc. Co. Docket No. 14-11057.

BY THE COURT:

Magdeline D. Coleman
*United States Bankruptcy Judge*