*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                    : Chapter 7

Alexandros A. Mountis                                      : Case No. 16–16802–mdc
     Debtor(s)

### ORDER
_____

AND NOW, this day , August 31, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                       By The Court

                                       Magdeline D. Coleman
                                       Judge , United States Bankruptcy Court